
**Larkin Hoffman** ATTORNEYS

Larkin Hoffman Daly & Lindgren Ltd.

1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194

GENERAL: 952-835-3800
FAX: 952-896-3333
WEB: www.larkinhoffman.com

August 29, 2012

The Honorable Judge Susan Richard Nelson
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert St.; Ste. 774
St. Paul, MN 55101

Re:   Brodkorb v. State of Minnesota, the Minnesota Senate, and Cal Ludeman
      Court File No. 12-cv-01958 (SRN/AJB)

Dear Judge Nelson:

We are writing to request permission to file a brief in support of Defendants' Rule 12(b)(6) motion to dismiss, which, in conjunction with the already filed Rule 12(f) motion and motion for misjoinder under Rule 21 could bring the total of the two briefs above the 12,000 word limit for a supporting memorandum and reply. It is unclear whether the Defendants should be entitled to 24,000 words because there are two Rule 12 motions, but we would prefer to seek the Court's permission prior to assuming that such a word limit would apply. We note that multiple summary judgment motions are treated as a single motion pursuant to Local Rule 7.1.(c)(4). We are making this request pursuant to Local Rule 7.1(f).

Thank you for your consideration of this request.

Sincerely,

Christopher J. Harristhal, for
Larkin Hoffman Daly & Lindgren Ltd.

Direct Dial:   (952) 896-3312
Direct Fax:    (952) 842-1710
E-mail:        charristhal@larkinhoffman.com


cc:   Philip Villaume
      Greg Walsh

1419894.1