UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| Michael Brodkorb, | ) | File No.: 12-cv-01958-SRN-AJB |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| State of Minnesota, the Minnesota | ) | **OF CERTAIN COUNTS** |
| | ) | |
| Senate, and Cal Ludeman, | ) | |
| | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

_____

The undersigned parties in the above-referenced matter enter into this Stipulation of Dismissal on Counts 2, 6, 7, 9, and 10 of Plaintiff's Complaint with prejudice. That each party will be responsible for their own costs. Pursuant to the agreement of the parties, the claims for relief by the respective parties hereto may be and hereby are dismissed.

**VILLAUME & SCHIEK, P.A.**

Date:  September 4, 2012

 *s/Philip G. Villaume*
Philip G. Villaume
Atty. Reg. No. 112859
Jeffrey D. Schiek
Atty. Reg. No. 0305455
2051 Killebrew Drive
Suite 611
Bloomington, MN 55425
952-851-9500

        Attorneys for Plaintiff, Michael Brodkorb

        **LARKIN HOFFMAN**

Date:  September 4, 2012        s/ Dayle Nolan
        Ms. Dayle Nolan
        Atty. Reg. No. (121290)
        1500 Wells Fargo Plaza
        7900 Xerxes Avenue South
        Minneapolis, MN 55431
        952-835-3800

        Attorney for Defendants