# EXHIBIT L

## Michael Brodkorb pleads guilty to DWI in January crash

*By Marino Eccher meccher@pioneerpress.com TwinCities.com-Pioneer Press*
*Posted:*

TwinCities.com

Former Minnesota Senate staffer Michael Brodkorb pleaded guilty Wednesday, March 13, to driving under the influence -- and issued a statement urging others to learn from his near-fatal experience.

Brodkorb, 39, was sentenced to a year of probation for the fourth-degree charge. An additional DWI charge, a careless driving charge and a seat belt violation were dismissed. He'll pay fines and fees totalling $836.

He announced his plea in a statement, taking responsibility for the incident, apologizing to family, friends and the public, and saying: "My message today is don't drink and drive and always wear a seat belt."

Brodkorb was hospitalized after crashing his car into a bridge support on Interstate 35E south of St. Paul on Jan. 25. He recorded a blood-alcohol concentration of .10.

In his statement, he said he hoped the crash will "bring additional public awareness to the serious dangers of driving while intoxicated" and the importance of wearing a seat belt.

"Statistically speaking, I should be dead," Brodkorb said in the statement, "and I am alive today because of the speedy and caring work of state and local law enforcement, first responders, and the medical staff at Regions Hospital."

Brodkorb, a former Minnesota Republican Party deputy chair and Senate Republican spokesman, was fired from his Senate job after an affair with then-Senate Majority Leader Amy Koch, a Republican from Buffalo.

He has filed a lawsuit alleging gender discrimination, saying female staffers who had affairs had been treated differently.

Marino Eccher can be reached at 651-228-5421. Follow him at twitter.com/marinoeccher.



EXHIBIT

# EXHIBIT M

## Michael Brodkorb pleads guilty to DWI in January crash

*By Marino Eccher meccher@pioneerpress.com TwinCities.com-Pioneer Press*
*Posted:*

TwinCities.com

On Jan. 24, Michael Brodkorb awoke in a hospital room with a breathing tube down his throat, friends and family at his side and an improbable new lease on life.

He didn't know how he got there and still doesn't remember most of the details of the drunken-driving crash. But after pleading guilty to driving under the influence, he's now urging others to learn from his mistakes.

"You just look at the world different when you get a second chance," Brodkorb said.

The former state Senate staffer, known in recent years for his extramarital affair with former Senate Majority Leader Amy Koch, pleaded guilty Wednesday, March 13, in Dakota County District Court to fourth-degree driving under the influence. An additional DWI charge, a careless driving charge and a seat belt violation were dismissed.

Brodkorb was sentenced to a year of probation and paid fines and fees totaling $836. After seeing his smashed-up car and researching the odds of survival, he said he feels lucky the incident didn't cost him far more.

"Statistically, I should not have walked away from the accident the way that I did," he said.

Brodkorb, 39, said he doesn't remember much of what happened the night of the Jan. 23 accident. He was heading home from the Moose Country bar and restaurant in Lilydale, where he had met some friends.

He made a wrong turn onto Interstate 35E and crashed into a bridge support at highway speed, badly injuring his head and leg and separating his shoulder. His blood-alcohol level was found to be 0.10; the legal limit to drive is 0.08.

Brodkorb, who still is recovering, thanked first responders and staff at Regions Hospital in St. Paul for saving his life.

He said he's not a heavy drinker and usually wore a seat belt. Now, he wants to hammer home a message of safety on the road.

"You can't drink and drive, and you have to wear your seat belt," Brodkorb said. "I'm going to continue to talk about it every day going forward."

A longtime Republican activist, Brodkorb formerly served as Minnesota Republican Party deputy chair and Senate Republican spokesman. He was fired from his Senate job in December 2011 after his affair with Koch, a Republican from Buffalo, was revealed.

A lawsuit over the firing that alleges gender discrimination is pending.

Brodkorb said politics still is important to him, but after the crash, he no longer has the same zeal for the partisan battles that marked his rise to prominence.

He said he's not sure what he'll do next, calling the crash "a pause and a hard reset" on life.

"Partisan politics and petty bickering about stuff, to be very honest with you, I'm not sure that I'll ever have the interest level that I did in the past ever again," he said.

Marino Eccher can be reached at 651-228-5421. Follow him at twitter.com/marinoeccher.

# EXHIBIT N

# Michael Brodkorb crash: Former Senate staffer critically injured – KMSP-TV

http://www.myfoxtwincities.com/story/20667173/michael-brodkorb-crash-critical-condition    January 25, 2013





EXHIBIT
N



Crash site of former Minnesota Republican Senate aide Michael Brodkorb. Photo by Greg Kellogg / FOX 9 News.

MENDOTA HEIGHTS, Minn. (KMSP) –

Michael Brodkorb, the man at the center of a scandal involving the former Minnesota Senate majority leader, was in critical condition Thursday morning after a car crash on Interstate 35E in Mendota Heights.

Sources say Brodkorb's condition had stabilized by Thursday night.

According to the Minnesota State Patrol, Brodkorb was involved in a one-car crash around 9:15 p.m. Wednesday night, striking a cement wall on 35E at Highway 13 and ricocheting across the freeway to hit the median wall.

The initial report indicates alcohol may have played a factor in the crash. Troopers said he was found alone and unconscious, and they reported smelling alcohol.

Brodkorb was taken to Regions Hospital in critical condition with head trauma. He was not wearing a seatbelt at the time of the crash.

The Bureau of Criminal Apprehension is testing to determine if alcohol was in his system at the time, but it could take two to four weeks before the lab work is processed.

Friends told FOX 9 News Brodkorb wasn't a heavy drinker. In fact, his friend and fellow political operative Chris Tiedeman was nearly killed by a drunk driver last March. Tiedeman's wife died of her injuries.

Lt. Eric Roeske told FOX 9 News investigators do not know where Brodkorb was coming from or where he was going. So far, they have not been able to talk to him, and no one is believed to have witnessed the crash other than the driver who called 911.

The crash is the latest chapter in Brodkorb's Shakespearean-like narrative of triumph and tragedy.

"I'm very sad for him and his family," said Sen. Julianne Ortman, R-Chanhassen. "This has been a very difficult time for him anyway. I think we're all hoping him a very speedy recovery and our best wishes for his future."

Initially, he had been hired by the Republican Senate Caucus as a strategist and messenger, and his sharp skills led the GOP to regain control of the Senate in 2010.

Brodkorb filed a wrongful termination lawsuit last year after he was fired over an affair with former Senate Majority Leader Amy Koch. Brodkorb alleges he was fired due to gender discrimination when their extramarital affair was revealed, claiming female employees who were also involved in affairs were treated differently and describing the decision as a "palace coup."

"We're friends and people first," said Sen. David Senjem, R-Rochester. "We have differences along the way about what we feel about certain initiatives, but we're friends and people first -- and again, I wish Michael well and hopefully a speedy recovery."

So far, the tab to try and settle the case has reached nearly $200,000 -- more than double Brodkorb's annual salary.

There was no formal mention of Brodkorb on the Senate floor on Thursday, but that doesn't mean it wasn't an elephant in the room.

"I've chosen to compartmentalize. I'm not going to mix feelings one way or the other. What Michael Brodkorb has said or done in the past, I'm going to keep that separate from his unfortunate accident last night," said Sen. Warren Limmer, R-Maple Grove.

Earlier in the evening on the night of the crash, Brodkorb re-posted a Tweet about a party for the Minnesota Governmental Relations Council at the Amsterdam Bar and Grill in St. Paul, but FOX 9 confirmed Brodkorb was never in attendance.

Thursday morning, Koch posted to Twitter, "Seems he will be fine. Still out."

003634