UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

Michael Brodkorb,

               Plaintiff,

v.

Minnesota Senate,

               Defendant.

File No. 12-CV-01958 (SRN/AJB)

**PLACE HOLDER FOR CONFIDENTIAL EXHIBITS C – D AND F - K TO CHRISTOPHER J. HARRISTHAL'S AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES**

------------------------------------

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Exhibits C – D and F - K to Christopher J. Harristhal's Affidavit in Support of Defendant's Motion to Compel Discovery Responses which have been designated as "Confidential" by Plaintiff Michael Brodkorb*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_**X**_ Item Under Seal pursuant to a court order (Document number of protective order: **58** )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):