UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

Michael Brodkorb,

               Plaintiff,

        v.

Minnesota Senate,

               Defendant.

File No. 12-CV-01958 (SRN/AJB)

**PLACE HOLDER FOR AFFIDAVIT OF DEFENDANT'S AFFIANT NO. 1**

------------------------------------

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Affidavit of Defendant's Affiant No. 1*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order (Document number of protective order: **58** )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: ___ )

___ Other (description):